AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

EILEEN SCHUMAN, JOHN BROCK and SUSAN NOE

*Plaintiff(s)*

v.

LEE COUNTY, FLORIDA BOARD OF COUNTY COMMISSIONERS, a Politicial Subdivision of the State of Florida

*Defendant(s)*

Civil Action No. 2:14-cv-121-FtM-29CM

6/20/14 11:00AM

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* LEE COUNTY, FLORIDA BOARD OF COUNTY COMMISSIONERS, a Politicial Subdivision of the State of Florida
c/o Richard Wm. Wesch, Esquire
2115 First Street
Fort Myers, Florida 33901

TO: ANTIONETTE JOHNSON, ADMIN. EXEC. ASST TO CHMN. LARRY KIKER, BOCC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Geralyn F. Noonan, Esq.
Law Office of Geralyn F. Noonan
8250 College Parkway, Suite 202-B
Fort Myers, Florida 33919
(239) 694-7070 - phone
(239) 481-0993 - Fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/27/14

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-cv-121-FtM-29CM

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* LEE COUNTY FLORIDA BOARD OF COUNTY COMMISSIONERS was received by me on *(date)* 6/27/14.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* ANTOINETTE JOHNSON, EXECUTIVE ASST. TO LARRY KIKER, CHAIR who is designated by law to accept service of process on behalf of *(name of organization)* LEE COUNTY FLORIDA BOARD OF COUNTY COMMISSIONERS on *(date)* 6/30/14 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/30/14

Mark D. B[signature]

*Server's signature*

20TH JUDICIAL CIRCUIT CERT. PROCESS SVR. #157137

*Printed name and title*

***Mark D. Beaumont***
***P.O. Box 60455***
***Fort Myers, FL 33906***

Additional information regarding attempted service, etc: